Angelesea Weeks, Respondent, v. Interborough Rapid Transit Company and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted on payment of costs of action to date to be taxed. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Jacob Cohen, Respondent, v. Joseph Fisher, Impleaded with Morris Somach, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Dowling and Hotchkiss, JJ., dissented.

Madeline D. Barrett, Respondent, v. Alice M. Moynan, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Ephraim B. Levy, Respondent, v. Robert Kessler Realty Company, Inc., and Others, Defendants. Katherine H. Schaeffler and Another, Appellants.— Order reversed, without costs, and motion granted, without prejudice to any proceedings already had in the action. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Supplementary Proceedings of Jeannette Demuth, Respondent, v. New York Life Insurance and Trust Company, as Trustee, etc., Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Supplementary Proceedings of Jeannette Demuth, Respondent, v. Arthur T. Kemp and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Ada Brown Ketchum, Respondent, v. Everett P. Ketchum, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, Scott, Dowling and Hotchkiss, JJ.

General Rubber Company, Appellant, v. Elias C. Benedict, Respondent. Order reversed, with ten dollars costs and disbursements, and order for examination reinstated, the date of examination to be fixed on settlement